1 PHILLIP A. TALBERT
United States Attorney
2 MATHEW W. PILE, WSBA 32245
Associate General Counsel
3 Office of Program Litigation, Office 7
ELIZABETH LANDGRAF
4 Special Assistant United States Attorney
      Social Security Administration
5       160 Spear Street, Suite 800
      San Francisco, CA 94105
6       Telephone: (510) 970-4828
      Facsimile: (415) 744-0134
7       Elizabeth.Landgraf@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JESSICA ELIZABETH EUBANKS,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:22-cv-01116-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD |

    The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have a 60-day extension of time to file the Electronic Certified Administrative Record (CAR), extending the date on which the CAR is due from November 30, 2022 to January 29, 2023.

    This is Defendant's first request to extend the deadline to file the CAR. This extension is needed to allow the Social Security Administration's component responsible for production of the

CAR for civil court actions to produce such a record for this case. Defendant apologizes to the Court for any inconvenience caused by this delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. This request is made in good faith and is not intended to delay the proceedings in this matter.

Respectfully submitted,

DATE: November 29, 2022 　　　　　*/s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

DATE: November 29, 2022　　By　*/s/ Elizabeth Landgraf*
ELIZABETH LANDGRAF
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

Pursuant to stipulation, and for good cause, Defendant's request for an extension of time to file the Electronic Certified Administrative Record ("CAR") is GRANTED.  Defendant shall file the CAR on or before January 29, 2023.  All other deadlines in the Court's Scheduling Order are modified accordingly.
IT IS SO ORDERED.

Dated: **November 30, 2022**　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE