1 | PHILLIP A. TALBERT
United States Attorney
2 | MATHEW W. PILE, WSBA 32245
Associate General Counsel
3 | Office of Program Litigation, Office 7
ELIZABETH LANDGRAF
4 | Special Assistant United States Attorney
  Social Security Administration
5 | 160 Spear Street, Suite 800
  San Francisco, CA 94105
6 | Telephone: (510) 970-4828
  Facsimile: (415) 744-0134
7 | Elizabeth.Landgraf@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JESSICA ELIZABETH EUBANKS, | No. 1:22-cv-01116-BAM |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have a three-day extension of time to file the Electronic Certified Administrative Record (CAR), extending the date on which the CAR is due from January 30, 2023 to February 2, 2023.

This is Defendant's second request to extend the deadline to file the CAR. This extension is needed to allow the Social Security Administration's component responsible for production of the CAR for civil court actions to produce a document currently missing from the CAR. The fact

that this portion was missing came to Defendant's attention late in the day on January 30, 2023, the current deadline to file the CAR. Defendant apologizes to the Court for any inconvenience caused by this delay and for the last-minute request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. This request is made in good faith and is not intended to delay the proceedings in this matter.

Respectfully submitted,

DATE: January 30, 2023

*/s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

DATE: January 30, 2023      By      */s/ Elizabeth Landgraf*
ELIZABETH LANDGRAF
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to stipulation and good cause appearing, Defendant shall file the Electronic Certified Administrative Record on or before February 2, 2023.

IT IS SO ORDERED.

Dated:   **January 31, 2023**           /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE