| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | MATHEW W. PILE, WSBA 32245 |
| | Associate General Counsel |
| 3 | Office of Program Litigation, Office 7 |
| | ELIZABETH LANDGRAF |
| 4 | Special Assistant United States Attorney |
| |     Social Security Administration |
| 5 |     160 Spear Street, Suite 800 |
| |     San Francisco, CA 94105 |
| 6 |     Telephone: (510) 970-4828 |
| |     Facsimile: (415) 744-0134 |
| 7 |     Elizabeth.Landgraf@ssa.gov |
| | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JESSICA ELIZABETH EUBANKS, | No.  1:22-cv-01116-BAM |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have a twenty-one day extension of time to file the Electronic Certified Administrative Record (CAR), extending the date on which the CAR is due from February 2, 2023 to February 23, 2023.

This is Defendant's third and final request to extend the deadline to file the CAR. This extension is needed to allow the Social Security Administration's component responsible for production of the CAR for civil court actions to fix technical errors currently existing in the CAR.

Defendant is unable to file the CAR in its current condition, despite much effort by and coordination with the United States Attorney's Office, which handles filing CARs on behalf of the Social Security Administration. <u>See</u> Exhibit A (Notice of Error). Defendant is working diligently to correct these technical issues and will coordinate filing the CAR at the earliest date possible, and by no later than February 23, 2023.

Defendant apologizes to the Court for any inconvenience caused by this delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. This request is made in good faith and is not intended to delay the proceedings in this matter.

Respectfully submitted,

DATE: February 1, 2023    */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

DATE: February 1, 2023    By    */s/ Elizabeth Landgraf*
ELIZABETH LANDGRAF
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to stipulation and good cause appearing, Defendant shall file the Electronic Certified Administrative Record on or before February 23, 2023.

IT IS SO ORDERED.

Dated:   **February 3, 2023**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE