JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ELIZABETH EUBANKS, <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 1:22-cv-01116-BAM <br><br> STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from May 5, 2023 to July 5, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time.  Good cause exists for the requested extension. For the weeks of May 1, 2023 and May 8, 2023,

Counsel currently has 19 merit briefs, and several letter briefs and reply briefs. Additional time is needed to thoroughly brief this matter for the Court.

     Counsel for Plaintiff is currently taking partial leave as his child was born on October 14, 2022. Thus, Counsel is working limited hours.

     Additionally, Counsel underwent major surgery on March 15, 2023, requiring post-op physical therapy, with the need for several breaks throughout the workday.

     Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                         Respectfully submitted,

Dated: May 1, 2023        PENA & BROMBERG, ATTORNEYS AT LAW

                       By: */s/ Jonathan Omar Pena*
                           JONATHAN OMAR PENA
                           Attorneys for Plaintiff

Dated: May 1, 2023        PHILLIP A. TALBERT
                           United States Attorney
                           MATHEW W. PILE
                           Associate General Counsel
                           Office of Program Litigation
                           Social Security Administration

                       By:  **/s/ Elizabeth Kathleen Yates Landgraf*
                           Elizabeth Kathleen Yates Landgraf
                           Special Assistant United States Attorney
                           Attorneys for Defendant
                           (*As authorized by email on May 1, 2023)

## ORDER

Pursuant to stipulation, and cause appearing, Plaintiff's second request for an extension of time to file a Motion for Summary Judgment is GRANTED. Plaintiff shall file a Motion for Summary Judgment on or before July 5, 2023. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:  **May 2, 2023**                         /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE