UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ELIZABETH EUBANKS,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | No.  1:22-cv-01116-ADA-BAM (SS)<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF<br><br>(ECF No. 25) |

On September 7, 2023, Plaintiff Jessica Elizabeth Eubanks and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (ECF No. 25.)  They agree that, on remand, "the Commissioner will further develop the record as necessary, offer Plaintiff the opportunity for a new hearing, and issue a new decision."  (*Id.* at 2.)  The parties further stipulate that judgment shall be entered in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.  (*Id.*)

Accordingly,

1. The stipulation of the parties, (ECF No. 25), is granted;
2. The matter is remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g);

///

1

3. Plaintiff's motion for summary judgment, (ECF No. 22), is terminated as moot; and

4. The Clerk of Court is directed to enter judgment in favor of Plaintiff Jessica Elizabeth Eubanks and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   September 11, 2023

UNITED STATES DISTRICT JUDGE

2