Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
2440 Tulare St., Ste. 320
Fresno, CA 93721
Telephone: 559-439-9700
Facsimile: 559-439-9723
Email: info@jonathanpena.com
Attorney for Plaintiff, Jessica Elizabeth Murphy

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| Jessica Elizabeth Eubanks,<br><br>Plaintiff,<br><br>v.<br><br>Kilolo Kijakazi, Acting<br>Commissioner of Social Security,<br><br>Defendant. | Case No.  1:22-cv-01116-BAM<br><br>**AMENDED STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of FOUR THOUSAND FOUR HUNDRED DOLLARS AND 00/100 ($4,400.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of zero dollars ($0.00) under 28 U.S.C. §1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered and made payable to Plaintiff's counsel, Jonathan O. Peña. Additionally, any payment of costs under 28 U.S.C. §1920 may be made either by electronic fund transfer (ETF) or by check.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Counsel including Counsel's firm may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Counsel and/or Counsel's firm to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,


Dated: December 28, 2023          /s/ *Jonathan O. Peña*

-2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
JONATHAN O. PEÑA
Attorney for Plaintiff

Dated: December 28, 2023          PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation
Social Security Administration

By:  *_Edmund J. Darcher_
Edmund J. Darcher
Special Assistant U.S. Attorney
Attorneys for Defendant
(*Permission to use electronic signature
obtained via email on December 27, 2023).

1

2

### ORDER

3
Based upon the parties' Stipulation for the Award and Payment of Equal Access

4
to Justice Act Fees and Expenses (the "Stipulation") (Doc. 32), **IT IS ORDERED** that:

5

6
   1.  Fees and expenses in the amount of FOUR THOUSAND FOUR HUNDRED

7
      DOLLARS and 00/100 ($4,400.00) as authorized by the Equal Access to

8
      Justice Act (EAJA), 28 U.S.C. § 2412(d), be awarded subject to the terms of

9

10
      the Stipulation; and

11
   2.  The parties' December 12, 2023 Stipulation for the Award and Payment of

12
      Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act (Doc.

13
      29), in which Plaintiff's name was incorrectly listed as "Jessica Elizabeth

14

15
      Murphy," is denied as moot.

16

17
IT IS SO ORDERED.

18

19
Dated:   **January 2, 2024**         /s/ *Barbara A. McAuliffe*

20
                                     UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28